FILED
ENTERED
JUL 2...

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:17-mj-1116-CWH |
| vs. ) | **ORDER QUASHING WARRANT** |
| JOSE DEL-CARMEN MENDOZA-VELASCO, ) | |
| Defendant. ) | |

The court having received notification that the defendant was removed from the United States by Immigration and Customs Enforcement (ICE) on or about August 5, 2017;

**It is hereby ordered** to the extent that the warrant issued March 14, 2018, remains active in this matter, that warrant is **quashed** and the case is administratively closed.

Dated this 24th day of July, 2019.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge